## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BOARD OF TRUSTEES, ROOFERS LOCAL NO. 30 COMBINED WELFARE FUND et al.,** | : | |
| | : | |
| | : | |
| | : | **CIVIL ACTION** |
| **Plaintiffs,** | : | |
| | : | **NO.  10-4721** |
| **v.** | : | |
| | : | |
| | : | |
| **INTERNATIONAL FIDELITY INSURANCE COMPANY,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## <u>ORDER</u>

**AND NOW**, this _21st_ day of October, 2014, upon consideration of Plaintiffs' Motion for Summary Judgment (Doc. 44), Defendant's Response (Doc. 47), Plaintiffs' Reply (Doc. 48), Defendant's Motion for Summary Judgment (Doc. 45), Plaintiffs' Response (Doc. 46), and Defendant's Reply (Doc. 49),  **IT IS HEREBY ORDERED AND DECREED** as follows:

1)      Plaintiffs' Motion for Summary Judgment is **DENIED** as it pertains to Plaintiffs' request for additional attorneys' fees and costs;

2)      Plaintiffs' Motion for Summary Judgment is **GRANTED** as it pertains to all other issues;

3)      Defendant's Motion for Summary Judgment is **DENIED** in its entirety.[1]

---

[1] This Order accompanies the Court's Memorandum Opinion dated October 21, 2014.

1

**BY THE COURT:**

**/s/ Petrese B. Tucker**

**_____**

**Hon. Petrese B. Tucker, U.S.C.J.**